RECEIVED
FEB 24 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## UNITED STATES DISTRICT COURT

_Walter ALLBritton_
Full Name of Plaintiff, Prisoner Number        Civil Action

VS.                                            Judge

_Tangiphoa parish Jail_
Defendant                                      Magistrate Judge

## COMPLAINT

I. Previous Lawsuits

   A. Have you begun any other lawsuit while incarcerated or detained in any facility?
      Yes [ ]    No [✓]

   B. If your answer to the preceding question is yes, provide the following information.

      1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

         _____
         _____

      2. Name the parties to the previous lawsuit(s):

         Plaintiffs: _____

         Defendants: _____

      3. Docket number(s): _____

      4. Date(s) on which each lawsuit was filed: _____

      5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

         _____

2

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes [ ]    No [✓]

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____
_____

II. A. Name of institution and address of current place of confinement:
Tangipahoa parish Jail po box 250 amite LA 70422

B. Is there a prison grievance procedure in this institution?
Yes [✓]    No [ ]

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes [ ]    No [✓]
If Yes, what is the Administrative Remedy Procedure number? _____

2. If you did not file an administrative grievance, explain why you have not done so.
scared For my life

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

3

A. Name of Plaintiff Walter Allbritton

Address

B. Defendant, Daniel Edwards, is employed as sheriff at Tangiphoa parish jail

Defendant, Robbie Miller, is employed as parish president at Tangipahoa parish Government

Defendant, _____, is employed as _____ at _____

Additional defendants _____

IV. Statement of Claim

State the FACTS of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

The condition At the Jail are bad & unsanitary, there is mold throughout the Jail and insects throughout the Jail. They are sending inmates into the Jail with no mats, no tissue, no soap, maybe one change of clothes, the Nets are everywhere, the inmates keep coming down with bolds on there bodys I'm sleeping on a mat with no cover on it that is what I was giving there is No way to clean it so bed bugs are here phease Help us

They come in and bleach the mold trying to get rid of it and hide it but when it rain the Roof leaks and mold is inside the walls

V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I'm asking for 5 million dollars I have been living like this for 3 years

VI. Plaintiff's Declaration

A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.

B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this 24 day of January, 2023

D.O.C. 433151
Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)

Walter Annewitts III
Signature of Plaintiff

5/97

5

Walter Allbritton III
PO Box 258
amite LA. 70422

NEW ORLEANS LA 700
22 FEB 2023

SCREEN
OK
U.S. MARSH

The United States District Court
777 Florida St.
Baton Rouge LA 70801

